

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00220-CR

Rickey Donnell **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC7034
Honorable Steven C. Hilbig, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 29, 2021.

_____
Patricia O. Alvarez, Justice